Commonwealth v. Norwood, Appellant.

Argued December 7, 1971. *John W. Packel*, Assistant De-

fender, with him *Andrea Levin*, Assistant Defender, and *Vincent J. Ziccardi*, Defender, for appellant; *Milton M. Stein*, Assistant District Attorney, with him *Robyn Greene*, Assistant District Attorney, *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.